■ The People of the State of New York ex rel. Glenn Nelson, Appellant, v. Vincent R. Mancusi, as Warden of Attica Prison, Respondent. — Order unanimously reversed and proceeding remitted to Wyoming County

Court for rehearing after assignment of counsel. Memorandum: The relator's application for counsel should have been granted. (See *People ex rel. Rodriguez* v. *La Vallee,* 26 A D 2d 8, and cases cited therein.) (Appeal from order of Wyoming County Court dismissing writ of habeas corpus.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.